OPINION #      O-7468      WAS NEVER ISSUED OR

WAS WITHDRAWN.